**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**KELVIN LORENZO MCDANIEL,**

    **Petitioner,**

v.                                 **CIVIL ACTION NO. 5:07cv133**
                                       **(Judge Stamp)**

**U.S. ATTORNEY GENERAL;**
**JOE D. DRIVER, Warden**

    **Respondents.**

**ORDER**
**GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

On October 12, 2007, *pro se* petitioner, Kelvin McDaniel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241  On October 22, 2007, he filed an Application for Leave to Proceed *in forma pauperis*. On November 2, 2007, he filed his Prisoner Trust Account Report with supporting ledger sheet which reveals that he an account balance of $0.31 when he filed his petition. The petitioner also indicates that has no assets and no source of income.

Accordingly, it is **ORDERED** that the petitioner's application to proceed *in forma pauperis* (Dkt. 4) is **GRANTED.**

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: November 5, 2007

                                                        /s/ James E. Seibert
                                                    **JAMES E. SEIBERT**
                                                    **UNITED STATES MAGISTRATE JUDGE**